IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TROY JONES, Individually
and on Behalf of All Others
Similarly Situated                                              PLAINTIFF

v.                      No. 3:18-cv-24-DPM

HAGAMAN PROPERTY
DEVELOPMENT, LLC                                                DEFENDANT

## ORDER

The Court appreciates Jones's recent filing. № 29. Joint motion, № 26, granted. All things considered, the agreement's terms are reasonable, fair, and adequate. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982); *see also Melgar v. OK Foods*, 902 F.3d 775, 779 (8th Cir. 2018). It reflects a good-faith compromise about the overtime compensation issues. And the total agreed lawyer's fee is reasonable in the circumstances. The complaint will be dismissed with prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

13 June 2019